K. CHIKE ODIWE, Esq. (SBN 315109)
LAW OFFICES OF KENNETH C. ODIWE, PC
2880 Zanker Road Suite 203, PMB 1689
San Jose, CA 95134
Telephone: (669) 315-4431
Facsimile: (669) 315-4431
kenneth@kennethodiwelaw.com

Attorney for Plaintiff
TREMMEL WATSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMMEL WATSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ANTI-RECIDIVISM COALITION, a corporation; and DOES 1-25, inclusive, individually, jointly, and severally,<br><br>Defendants. | CASE NO.: 2:25-cv-01147-DJC-CSK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Case No.: 2:25-cv-01147-DJC-CSK

-2-

Plaintiff TREMMEL WATSON and defendant ANTI-RECIDIVISM COALITION, acting by and through their attorneys of record, herein stipulate for an Order of Dismissal of the Entire Action with prejudice, each side to bear their own fees and costs.

IT IS SO STIPULATED.

**Law Offices of Kenneth C. Odiwe, PC**

Dated:  October 28, 2025

　　/s/ *K. Chike Odiwe*
K. Chike Odiwe
Attorney for Plaintiff

**Lewitt Hackman**

Dated:  October 28, 2025

　　/s/ *Thomas McDowell Morrow*
Thomas McDowell Morrow
Attorney for Defendant

# **ORDER**

Having considered the parties' stipulation and good cause appearing, the entire action is hereby dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED.

Dated:  October 28, 2025                                  /s/ Daniel J. Calabretta
                                                                         THE HONORABLE DANIEL J. CALABRETTA
                                                                         UNITED STATES DISTRICT JUDGE